STATE of Missouri, Respondent,

v.

Jerry Rex PARKER, Appellant.

No. WD 47984.

Missouri Court of Appeals,
Western District.

Submitted March 17, 1994.

Decided April 12, 1994.

Motion to Modify or Change
Opinion May 31, 1994.

Alden Lance, Savannah, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cheryl A. Caponegro, Asst. Atty. Gen., Jefferson City, for respondent.

Before SMART, P.J., and LOWENSTEIN and FENNER, JJ.

### ORDER

PER CURIAM.

Appeal from conviction of sexual abuse in the first degree, § 566.100, RSMo Supp.1993, and from sentence of three years' imprisonment.

Judgment affirmed pursuant to Rule 30.-25(b).